# United States Court of Appeals
## For the First Circuit

No. 02-2698

UNITED STATES OF AMERICA,

Appellant,

v.

LAWRENCE F. MAGUIRE,

Defendant, Appellee.

**ERRATA**

The opinion of this court issued March 3, 2004, should be amended as follows:

On page 10, line 3, substitute "Medford" for "Malden"